# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES v. CHRISTOPHER BUDELMAN    MAG. NO.: 23-6021-DEA

---

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum        (   ) Ad Testificandum

1. **CHRISTOPHER BUDELMAN:** DOB: 05/26/1987 (hereinafter the "Detainee") is now confined at the:

**Ocean County Jail**
**114 Hooper Ave**
**Toms River, NJ 08753**

2. The Detainee is charged in this District by: ( ) Indictment ( ) Information ( X ) Complaint with a violation of Title 18, United States Code, Section 2251(a).

3. The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the Clarkson S. Fisher Federal Courthouse, 402 East State Street, Trenton, New Jersey, before the Hon. Douglas E. Arpert, United States Magistrate Judge, on **September 13th, 2023 at 11:00 a.m.** for an Initial Appearance in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 7, 2023

*/s/ Ashley Pitts*
Ashley Pitts
Assistant U.S. Attorney
Petitioner

# O R D E R

Let the Writ Issue.

DATED: 9/8/2023

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.

## W R I T   O F   H A B E A S   C O R P U S

The United States of America to the Warden of Ocean County Jail:

WE COMMAND YOU that you have the body of

**CHRISTOPHER BUDELMAN**

now confined at the Ocean County Jail, brought before the United States District Court, the Hon. Douglas E. Arpert, U.S.M.J., Clarkson S. Fisher Federal Building and U.S. Courthouse, Trenton, NJ 08608 on **September 13th, 2023 at 11:00 a.m.** for an Initial Appearance in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Douglas E. Arpert
United States Magistrate Judge
Trenton, New Jersey.

DATED: 9/8/2023

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per:   s/Elizabeth Beres
_____
Deputy Clerk