# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES v. CHRISTOPHER BUDELMAN     MAG. NO.: 23-6021-DEA

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum     (   ) Ad Testificandum

1. **CHRISTOPHER BUDELMAN:** DOB: 05/26/1987 (hereinafter the "Detainee") is now confined at the:

**Ocean County Jail
114 Hooper Ave
Toms River, NJ 08753**

2. The Detainee is charged in this District by: ( ) Indictment ( ) Information ( X ) Complaint with a violation of Title 18, United States Code, Section 2251(a).

3. The Detainee will remain in the custody of the detaining facility for the duration of proceedings.

4. The Detainee will be required virtually on **Monday, September 18th, 2023 at 1:30 p.m.** for an Initial Appearance in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: September 15, 2023        /s/ Ashley Pitts
                                 Ashley Pitts
                                 Assistant U.S. Attorney
                                 Petitioner

# **O R D E R**

Let the Writ Issue.

DATED: 9/15/2023

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.

# **W R I T   O F   H A B E A S   C O R P U S**

The United States of America to the Warden of Ocean County Jail:

WE COMMAND YOU that you have the body of

**CHRISTOPHER BUDELMAN**

now confined at the OCEAN COUNTY JAIL, brought virtually on **Monday, September 18th, 2023 at 1:30 p.m.** for an Initial Appearance in the above-captioned matter.

For the duration of proceedings, the Detainee will remain in the custody of the detaining facility in safe and secure conduct.

WITNESS the Honorable Douglas E. Arpert
United States Magistrate Judge
Trenton, New Jersey.

DATED: 9/15/2023

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per:  s/Elizabeth Beres
_____
Deputy Clerk