# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 23-6021 (DEA) |
| CHRISTOPHER BUDELMAN | : | |
| | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Ashley Super Pitts, Assistant United States Attorney), and defendant Christopher Budelman (by John Bruno, Jr., Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including March 18, 2024, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within 30 days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(b); and two prior continuance having been entered; and the defendant, through the defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations have commenced, and both the United States and the defendant seek additional time to consider possible resolution of this

matter, which would render trial of this matter unnecessary, and to allow consideration by the court of a proposed plea agreement entered into by the defendant and the United States;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __18th__ day of January, 2024;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including March 18, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including March 18, 2024, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Douglas E. Arpert
United States Magistrate Judge

Form and entry consented to:

_____
John Bruno, Jr.
Counsel for Defendant Christopher Budelman


s/ Ashley Super Pitts

_____
Ashley Super Pitts
Assistant U.S. Attorney